# EXHIBIT 3



JAN/FEB 2017

# THE Davey Bulletin

PLAINTIFF'S
EXHIBIT

12

DAVEY

*Proven Solutions for a Growing World*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026892



TABLE OF **CONTENTS**

Volume 107, No. 1

**DAVEY PEOPLE**
4 Promotion Announcements

**BRAND LOYALTY**
5 Client Letters

**BULLETIN BOARD**
6 Davey Contributes to New
 Industry Book
6 Project Evergreen
7 Comradery in Competition
7 Rocky Mountain Climbers
8 Pool Player in Vegas
8 Golden Anniversary

**FIELD NOTES**
9 A Crane Challenge
9 Partnering for Urban Forests
10 Riding and Fundraising
11 Future Leaders in CLS
11 Safety in Paradise

**MY DAVEY**
13 A lockdown Contract
14 Hurricane Matthew Response
 Spans All Service Lines

18 Hermine Strikes Ahead
 of Hurricane Matthew
19 Davey Delivers Instant
 Forest for Residential Client
20 Climbing Competition
 in Canada

**ABOVE THE CANOPY**
21 Training at Your Fingertips
22 Corporate Policy Statements

**DAVEY PEOPLE**
26 Service Awards
28 Transitions
28 Retirements
28 Memorials
29 Davey Families

**DEPARTMENTS**
26 Social Hour
12 Did You Know?
30 From the Archives
31 Retiree Corner
32 Davey Around the World

Direct *The Davey Bulletin*
comments/questions to:

The Davey Tree Expert Company
Attn. The Davey Bulletin
1500 N. Mantua St.
P.O. Box 5193, Kent, Ohio 44240-5193
800-447-1667, Ext. 8615
E-mail: bulletin@davey.com

On the cover: Davey's Jeremy Lewis,
regional safety specialist, during a
safety training session in Hawaii. A
perfect juxtaposition to the mainland
winter! *Photo by Tim Walsh*



**DAVEY**
*Proven Solutions for a Growing World*

*The Davey Bulletin* is produced by Davey Corporate Communications.

Sandra Reid, vice president, corporate communications
 and strategic planning administration
Jennifer Lennox, manager, public relations
Matt Fredmonsky, *The Davey Bulletin* managing editor
Abby Bradford, *The Davey Bulletin* contributing writer
Emma Fitzpatrick, *The Davey Bulletin* contributing writer
Jana Hittle, *The Davey Bulletin* administrative support
Helen Thompson, *The Davey Bulletin* contributing writer
Melinda Yohe, *The Davey Bulletin* contributing photographer

© 2017 The Davey Tree Expert Company. All Rights Reserved.

ROOT OF THE **ISSUE**



Matt
Fredmonsky

### 'TREE DOCTORS' AND BEDSIDE MANNER

When you visit the doctor, what do you look for in their bedside manner? Is she courteous, knowledgeable and a positive thinker? Does she offer helpful solutions? Did her smile convey trust?

What if your doctor impatiently hurries through your visit? He doesn't explain medical terms or procedures. Even scheduling an appointment was a hassle.

How might a client similarly perceive their interaction with a Davey "tree doctor," whether a sales arborist, crew member or technical advisor? What's their bedside manner like?

We turned to Davey immediately when the mature red oak tree in our front yard started showing signs of decay. We feared the worst – our beautiful asset tree had become a liability and had to be removed.

Our local "tree doctor," sales arborist John Martin, made a house call. He remained optimistic of the oak's health and believed it was nicely healing and compartmentalizing the decay area near its base. Although clearly confident in his

diagnosis, our arborist referred us to a "specialist," another "tree doctor" at the Davey Institute to take a sort of X-ray and get a picture of how the tree was healing internally. If nothing else, the second opinion would give peace of mind.

Greg Mazur, technical advisor at the Institute, made a second house call. Using a Resistograph®, he confirmed the initial diagnosis. The "X-ray" showed our oak in fact was healing nicely. More importantly, his knowledgeable and friendly demeanor further eased our concerns about the tree's health. And he took the time to explain small details – like highlighting the oak's terminal bud scale scar showing steady seasonal growth – in easy-to-understand terms.

We got a prescription for a dose of Arbor Green PRO® for our tree and the knowledge our children would get many more years of enjoyment from the swing hanging beneath its canopy.

If our oak could talk, it would surely express gratitude for a sound diagnosis delivered in a solution-oriented manner. Does your bedside manner leave a similar impression?

THE **DAVEY**
**BULLETIN IS FOR** EMPLOYEES LIKE...

"It's been about six years since I started investing in Davey Tree. I have always been interested in purchasing stock and Davey was always transparent about it. It was a sensible investment at the time and it certainly has proven to be moving forward. Now, it's about a sense of pride to be a part of a company that spans multi-generations. Somebody worked really hard to build a future for me and this is a great way to continue to build a future for the generations that will work for Davey behind me."



**DARRAN MALCOLM**
15 years of service
regional vice president, Ontario Utility
Canada

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    DTWT00026893

# DAVEY **PEOPLE**

## HOUSTON NAMED VICE PRESIDENT AND GENERAL MANAGER IN EASTERN U.S. RESIDENTIAL/COMMERCIAL SERVICES

Jim Houston has been named vice president and general manager in Davey's Eastern U.S. Residential/Commercial services.

Houston started with Davey in 1992 as a trimmer for the West Cleveland R/C office. Since then, Houston has held several positions of increasing responsibility with Davey, including Plant Health Care technician, sales arborist, district manager and operations manager. These positions were in geographically diverse locations in Cleveland, Toledo, Detroit, Northeast Ohio and the Northeast U.S. He was promoted to vice president of Midwest U.S. R/C services in 2010.

"Jim's promotion supports Davey's strategic succession planning for R/C services as it continues to grow,



**Jim Houston**
Vice President and General Manager
Eastern U.S. Residential/Commercial

evolve into new geographies, expand into existing markets and acquire complimentary brands," said Jim Stief, executive vice president and general manager, U.S. R/C services. "His focus on providing excellent client experiences, commitment to employee safety and his prior field and management résumé make Jim eminently qualified for this new role."

Houston is a 1995 graduate of the Davey Institute of Tree Sciences, which is Davey's flagship training program in biological sciences, safety, tree and plant care and management techniques. He is a past member of the Davey President's Council, whose members serve a three-year term on various committees to brainstorm and research new ideas related to the company's operations. He is an International Society of Arboriculture Certified Arborist® and a past recipient of the Davey Outstanding Manager Award.

## PETERS NAMED VICE PRESIDENT OF OPERATIONS FOR DAVEY SURGERY

Kevin Peters has been named vice president of operations for the Davey Tree Surgery Company, a subsidiary of Davey Tree.

Peters has more than 29 years of experience in the field of arboriculture, including with The Care of Trees, where he served both as a district manager and regional manager. Peters joined Davey in 2008 through the TCOT merger with Davey. In 2010, he was promoted to operations manager for Davey's western operating group R/C services. In 2016, Peters was promoted to vice president, U.S. Residential/Commercial services, overseeing R/C services in several Western states for Davey.

Pat Covey, president and chief operating officer, said Peters' promotion is a part of Davey's

strategic succession planning to prepare Davey for opportunities of the future.

"Kevin has a history of fostering collaborative relationships and working successfully with management within Davey on several shared projects that have provided definitive, comprehensive solutions for our clients," Covey said. "Kevin has a people first, safety first attitude that reflects a commitment to our clients and the Davey Company."

Peters is an International Society of Arboriculture Board Certified Master Arborist® and a past member of the Davey President's Council, whose members serve a three-year term on various committees to brainstorm and research new ideas related to the company's operations. In



**Kevin Peters**
Vice President of Operations
Davey Tree Surgery Company

addition, Peters obtained a Tree Risk Assessment Qualification from ISA, is a member of the organization's Western and Pacific Northwest chapter and is a TCIA CTSP

# BRAND **LOYALTY**

Each day, *The Davey Bulletin* receives many letters of appreciation from Davey clients. Send letters from your clients telling of their excellent client experience via email to bulletin@davey.com.

### Joint Base Charleston (CLS)

I just wanted to say to you and your crews, OUTSTANDING JOB. You had a plan, executed it, and we at the base are better for it. You made our job(s) a lot easier and one less thing leadership has to be concerned with during our cleanup operations. Again, KUDOS to you and your crew for doing a job that some people take for granted. I'm glad you're a member of Joint Base Charleston.

*Gregory Arceneaux, CIV USAF AMC*
*Joint Base Charleston, South Carolina*

### Wolf Tree

I want to thank you for the assistance that Wolf Tree provided to South River EMC in the aftermath of Hurricane Matthew. Your crews were outstanding. We had approximately 28,000 without power Saturday evening and by Thursday night we were down to about 40 outages. We could not have achieved that without the assistance our crews provided to us. More importantly, everyone stayed safe during the restoration efforts and there were no injuries. Emory Harvey, David Wilson, Omar Morales, Joel Lopez, Bianca Bernhart, Gerardo Gonzalez, Orlando Martinez, Russell Parker, Bobby Herron, Hawley Klouse, Sean Rosenborger, Cody Wilson, Dustin Grogg, Josh Richards, Iommy Gross, Zach Williams, Caleb Kincaid, and David Collett truly were a blessing to our members. They are to be commended for their hard work and dedication.

*Chris M. Speare*
*Executive Vice President / CEO*
*South River Electric Membership Corporation*

### Northeast Chicago R/C office

Let me say I am really impressed with your company. You may have saved my tree, and I am very grateful. You also kept me on the books, and have always given me an honest answer.

*Mary Weaver Gouwens*
*Chief Financial Officer*
*CMI Novacast, Inc.*
*Des Plaines, Illinois*

### Utility Services – Florida

Thank you for helping all of the citizens in our area. Your efforts were effective and appreciated. You were spotted in our area picking up trees and fixing electric (infrastructure). You and other companies saved the day for us. Our entire area and journalism staff thanks and appreciates everything you have done.

*Sage Sweatt*
*Hinson Middle School journalism*
*Daytona Beach, Florida*

### Edmonton R/C office

**Enrique Rodriguez,**
**Graeme Harper**

I would like to let you know that the two men who came to take down my Mountain Ash tree and prune my apple tree today were excellent. They arrived on time, were efficient, hardworking and friendly. They left my yard very clean. I was very pleased once again with your service. They even took a few minutes to answer a question on clearing out my spruce tree and a terrible weed growing in my garden.

*Janet McKinney*
*Edmonton, Alberta*

### Davey Resource Group

**Allan Williams**

I wanted to express my gratitude and compliment the response I received from Allan Williams on June 7, 2016, during tropical storm Colin. We had a broken pole that was leaning badly. I made one call to Allan and told him that it was urgent and that I would appreciate if it could be addressed by day's end. About an hour later, much to my surprise, the job was almost done. The quick response let me plan accordingly to expedite the work, and I could confidently schedule resources for traffic control and distribution switching. Thank you for a job well done.

*Julio Mulkay*
*Duke Energy*




Allan Williams

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    DTWT00026894

# BULLETIN **BOARD**



### DAVEY CONTRIBUTES TO NEW INDUSTRY BOOK

A new non-fiction book about the history of America's urban forests has been released with considerable contributions from Davey Tree.

Author Jill Jonnes published the book "Urban Forests: A Natural History of Trees and People in the American Cityscape" in September after conducting numerous interviews with Davey employees. Jonnes visited Davey's corporate campus in the summer of 2015 and interviewed several employees, including: Greg Ina, vice president and general manager of research, recruiting and human

resource development; Scott Maco, director, research and development; and H.J. Laverne, manager of education and training. Jonnes also received extensive assistance researching Davey Company history from the corporate communications department.

The book features passages highlighting the character of Davey founder John Davey along with spotlighting company history in regards to urban forestry.

Viking Books is publishing the text, which is available on the Viking Books website.

### 'PROJECT EVERGREEN' SUPPORTS VETERANS

Davey employees across North America feel compelled to give back, whether by donating time, sponsoring a group or event or donating tree care services.

For Jeff Newborn, district manager of the Kansas City, Kansas, R/C office, it was a fellow veteran, Brian Moore, who inspired him to give back.

In 2016, Newborn learned about Project Evergreen's Green Care for Troops. The nonprofit program provides complimentary landscape services to the families of deployed military personnel and post 9/11 disabled veterans.

Project Evergreen assigned Newborn to veteran Brian Moore's family residence. Moore, a husband and father of two, served in Iraq but was discharged due to a serious back injury like many former vets. Moore suffers from Post-Traumatic Stress Disorder, which makes it difficult for him to talk to others.

"I'm former military myself, so doing work like this is near and dear to my heart," Newborn said. He served

as a Navy Seabee for five years.

"They were really worried about trees coming down on the house," Newborn said. His crew removed a hazardous locust tree near the home, pruned and raised the rest of the property's canopy and sprayed for poison ivy.

The work totaled nearly $2,500 worth of free tree care, Newborn said. His crew included former Iraq war veteran Ben Sisenie, James Scovil, and Ryan Alderson. Newborn received an email from Moore's wife thanking them profusely for the donated work.

"To me, you can't do enough for these guys that go overseas," Newborn said.



Davey's Kansas City R/C office improved the safety of the tree canopy at this veteran's home.



Davey's Kansas City R/C office removed hazard limbs and sprayed for poison ivy to improve the safety of this children's play area.





Above: **Garrett Grossman, right,** from Cortese Tree Specialists, a division of Wolf Tree, Inc., prepares for the TTCC.

Left: Spectators gathered under the master's challenge tree to watch finalists compete at the 2016 Tennessee Tree Climbing Championship.

### TENNESSEE OPERATIONS FIND COMRADERY IN COMPETITION

Davey employees united from three different offices at the 2016 Tennessee Tree Climbing Championship (TTCC) to either compete or help facilitate this statewide competition.

Employees traveled from Cortese Tree Specialists, a division of Wolf Tree, Inc., a Davey company, Jones Bros. Tree & Landscape, a Davey company, and Davey's Nashville R/C office to compete. Davey competitors included

Garrett Grossman, Isaac Rymar, William Gomez, Aquilino Amador Cruz and Casey Johnson.

The TTCC is hosted annually by the Tennessee Urban Forestry Council. Davey's Rob Kraker, sales arborist, Nashville R/C office, co-chaired the entire event and served as a scoring judge in the master's challenge. Joe Shaw, southeast recruiter/trainer, Ricky Bibb, PHC technician, and Gatlin

Hineslay, trimmer, served as event judges and technicians.

"I made it a point to introduce the Cortese, Jones Bros. and Davey people to each other to start building some comradery," Shaw said.

In the end, all Davey offices came together to cheer on Nashville's Johnson, who took first place overall. Amador Cruz finished in a close second.

### ROCKY MOUNTAIN CLIMBERS

Davey employees Phil Lubke and Chad Martin competed in the International Society of Arboriculture Rocky Mountain Chapter Tree Climbing Championship in Grand Junction, Colorado. The event marked the first time either competed in a climbing event. Martin placed 14th overall and Lubke placed 30th. Both work in the Fort Collins R/C office.

**Phil Lubke** (right) and **Chad Martin** compete at the ISA RMCTCC.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026895



Davey's **Jeremy George** at the 2016 APA
World Pool Championships in Las Vegas.

## DAVEY POOL PLAYER TAKES ON LAS VEGAS

Jeremy George can now say he's one of the world's best pool players.

George, a trimmer on the Clinton Utility Board account in Knoxville, Tennessee, for Wolf Tree, Inc., a Davey company, competed in the American Poolplayers Association World Pool Championships in Las Vegas in August. His team, the "Rack Pack," finished 65th out of more than 700 teams competing in the 8-ball world championship.

"It's a once-in-a-lifetime deal to make it there, and a lot of people have not and have been playing for years," George said.

The team members each received a $150 prize.

*Congratulations Jeremy!*

## BULLETIN BOARD



Davey employees answered questions at a Davey booth during the anniversary celebration.

### CELEBRATING A GOLDEN ANNIVERSARY

Davey celebrated the Nature Center at Shaker Lakes 50th anniversary with more than 1,500 guests.

The Nature Center, a non-profit located in Shaker Heights, Ohio, organized the Party in the Parklands. The event honored the 1966 grassroots activists, called the freeway fighters, who preserved the Shaker Parklands from becoming a new freeway connecting Cleveland's east side to downtown.

Joining the outdoor celebration, Mark Noark, manager of recruiting and training, organized a climbing activity for children in attendance.

Noark was joined by fellow co-workers Ken Cloutier, Heath Greene, Eric Countryman, Anthony Williams and Mike Bondarenka, who worked at a Davey booth to answer attendees' tree questions.

"It was one of the best events I've been to," said Clouter, district manager, East Cleveland R/C office. "We sold more than $15,000 worth of tree work."



**Mark Noark**, manager of recruiting and training, pictured at right, sponsored a children's climbing event at the Nature Center at Shaker Lakes.

## FIELD NOTES



Davey's **Jason Parker, John Gehringer, Matt Buza** and **Marc Grose** completed a blind crane job after a storm knocked down a hazardous tree onto an apartment building.

### PHILLY OVERCOMES A CRANE CHALLENGE

An intense, pop-up thunderstorm created a challenging test for a crew in Davey's North Philadelphia Residential/Commercial office.

A large, uprooted locust tree was leaning on the back of a two-and-a-half story Philadelphia apartment building.

Jason Parker, district manager, needed to remove the hazardous tree, but there wasn't enough room to maneuver their crane behind the building.

Parker and his crew members John Gehringer, foreman, Matt Buza, technician, and Marc Grose, groundman, worked to remove the tree by positioning the crane in the front of the apartment complex.

"The two main safety concerns were the customer's property and preventing any additional damage to the roof," Parker said. After a long job briefing, his crewmembers used Bluetooth headsets to strategically coordinate the removal.

"My crews were able to make quick work of a hazardous situation," he said. "They made the job look easy while keeping themselves and the property safe."



Attendees at the 2016 Partners in Community Forestry Conference who posed for a photo with the Davey Instagram frame helped raise money for Keep Indianapolis Beautiful.

### PARTNERING FOR URBAN FORESTS

Staff from Davey Resource Group (DRG), the Davey Institute and Davey corporate communications and marketing traveled to Indianapolis for the 2016 Partners in Community Forestry Conference. Several DRG employees served as speakers during the conference, while communications and marketing staff worked a Davey photo booth in support of Keep Indianapolis Beautiful (KIB). For each photo taken, Davey pledged to make a donation to KIB. The conference proved a success, as nearly 200 people had their photo taken.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026896



# FIELD NOTES

Tour des Trees riders blessed one of their newly planted trees during a community event on the tour.

## OWNER'S BOX

"I do a lot of safety training with the crews. One thing I always tell them is that I want them to go home happy and healthy at the end of every day. It's foolish to take chances with your life and your health. If you're unsure about something, ask. Ignorance kills. Davey's focus on safety has made me reexamine how I act outside of work, too. My wife used to tease me that I'd talk about safety all day, but then not be the safest guy in the world at home. There's been a pretty dramatic change. For safety to really mean something, you need to practice it – even when you're not at work."



— **Tom Reitter**
Plant health care coordinator
The Care of Trees
Hamden, Connecticut

## RIDING, FUNDRAISING IN A HURRICANE'S WAKE

The 24th Annual STIHL Tour des Trees Cruise the Carolinas tour took place only days after Hurricane Matthew hammered the East Coast (*see p. 14 for hurricane coverage*).

Although weather conditions were not ideal, nothing was going to stop the 100 passionate cyclists from riding the entire 610-mile loop – from North Carolina into South Carolina – to support the Tree Research and Education Endowment Fund (TREE Fund).

Since 1992, the Tour des Trees has represented the TREE Fund's primary public outreach and engagement event. Davey has continued to support this event annually through sponsorship and employee participation. This year's cycling team included Davey employees Jeremy Baker, Beth Buchanan (retired), Laurie Skul, Ward Peterson, Don Roppolo and Tom Wolf.

Baker, district manager of the Dulles, The Care of Trees, Inc., R/C office, has cycled in three total tours. What made this tour different for him was the compassion and support riders received from the communities.

"We were riding through these areas that had downed trees from the storm

that knocked out their power," Baker said. "In many cases their power had just been restored, yet community members were waiting for us to arrive to take part in our events and contribute in meaningful ways."

Every 20 miles to 30 miles, tour riders stopped to facilitate a community tree event. After 610 miles, the riders planted 17 trees and completed five children's education programs. In total, the 100 cyclists raised more than

$395,000. They surpassed original funding goals for tree research that will be distributed as endowments, scholarships and grants in 2017.

One of Baker's teammates, Laurie Skul, senior financial analyst, said of her four total tours this tour proved the toughest.

"The support was unbelievable," Skul said. "Some communities even had fire engines and police out blocking the roads to greet us."

## FUTURE LEADERS IN COMMERCIAL SERVICES

Davey's fourth annual Commercial Landscape Services (CLS) leadership training program continues to inspire growth from within.

In 2016, the CLS management team selected 11 up-and-coming employees from across the U.S. to attend this week-long leadership training program held at the Davey Institute.

"It's not a horticulture program at all," said Shawn Fitzgerald, technical advisor. "It's about turning these employees into leaders."

To qualify for this exceptional training opportunity, CLS employees need to have attended the Davey Institute of Grounds Management training program, been a crew manager for two years, and completed four extension courses of their choice.

"It's been beneficial for us and a lot of employees want to attend," Fitzgerald said. "Several promotions have occurred for those who have participated."



The 2016 Commercial Landscape Services leadership training attendees included (pictured back row, left to right) **Kyle Spock, Pedro Gamez, Pedro Lopez, Mike Watson, David Norris, Greg Myers, Dan Joy and Shawn Fitzgerald.** (Front row, left to right) **Mark Svozil, Roger Enholt, Nick Miller, Taylor Rogers, Travis Thorsten and Jason Enersica.**



Davey's Al Zelaya, right, explains to native Filipinos how i-Tree can quantify the benefits of trees.

## TRAVELING THE WORLD WITH I-TREE

Filipinos have a new tool to help quantify carbon emissions reductions and other tree benefits provided through careful management of their islands' forests: i-Tree.

Al Zelaya, research urban forester with the Davey Institute, traveled to the Philippines in July in partnership with the U.S. Forest Service to introduce sustainable forestry management tools and strategies to obtain the greatest benefit from the island country's trees.

"I don't think they'd seen anything like i-Tree before," Zelaya said.

Zelaya took part in two separate events. First, he attended an international conference on urban development in Manila, the capital city, on the metropolitan island of Luzon. There, Zelaya sat on a low-emissions development strategy panel, which included a representative from the United Nations. He introduced the concept of managing natural resources and urban forestry as part of a

low-emissions strategy through carbon sequestration.

Zelaya then visited the city of Puerto Princesa to introduce i-Tree to representatives from a local university, the municipality and non-profit organizations. He taught them how they can use i-Tree tools to help manage their forests on Palawan Island.

"They face pressures of managing demand from the tourism industry," he said.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    DTWT00026897

# FIELD **NOTES**



A Davey Tree Surgery Company Hawaii crew stops for a team picture during safety training; pictured left to right) Sonny Segi, Mike Santos, Elvis Landford, Delton Joseph, Gerard Liu, Micah Kawazoe, Steve Kaina, Uhrendon Keawe, Sean Sullivan, Brysen Kaina, Chance Cruz, Iaulua Liu, Jr., Andrew Hardman and Tim Brown.

## A SAFETY LESSON IN PARADISE FOR SURGERY CREWS

Developing a team's safety perspective takes time and commitment.

That's why Davey Tree Surgery Company Supervisor David Woodworth's client Hawaiian Electric Company (HECO) called in Davey Senior Regional Safety Specialist Tim Brown to complete a three-year, three-phase safety program for

Davey Surgery's Hawaiian crews.

Brown's safety training has expanded along with the scope of Davey's Hawaiian services. This year, Brown invited Tim Walsh, safety manager, and Jeremy Lewis, regional safety specialist, to complete the HECO safety training and other safety team and operational site support visits

across the state to improve the safety and productivity of the Hawaii crews.

"The purpose of these trainings is to enhance skill sets to improve safety and efficiency," Brown said. "It also enhances coach-mentoring skills as employees mentor new hires or employees with less experience."



Davey's Jeremy Lewis, regional safety specialist, demonstrates the proper way to climb palms for Davey Surgery's Hawaii crews.

# MY DAVEY





Bank of America Stadium's alley of the South's beloved live oaks.

Davey's Brandon Phelps trims trees at the Bank of America Stadium.

## A TOUCHDOWN CONTRACT FOR CHARLOTTE

Davey's Charlotte, North Carolina, Residential/Commercial office has been named Bank of America Stadium's sole tree care provider for a second consecutive five-year contract.

Ray Betz, district manager of the Charlotte, North Carolina, R/C office first took on this highly sought-after role of caring for the stadium's trees in 2010. After five successful years, Betz's contract came up for renewal in 2016.

"To work for a client that is this prestigious has been the highlight of my tenure here in Charlotte," Betz said.

Renewing this coveted contract is a special point of pride for Betz's office.

"We are here to support and be

humble and thankful and take care of the trees," Betz said.

Betz couldn't have done it without the support and expertise of his hardworking crew, including Chris Diffley, S&S technician; Bill Hickman, foreman; Sean Martin, foreman; Branden Phelps, foreman; Chris Rose, trimmer; and Zachary Hall, trimmer.

"My first time there, Ray told me every cut to make," Phelps said. "He had a picture in mind and once we understood his expectations we were able to carry it out through the entire property."

The stadium's 33-acre complex is encircled by green, with more than 270 established trees shading the stadium's many visitors on game day.

"We do everything at a high level, from trimming to cleanup, because that's what they selected us to do," Phelps said. This hard work was tested in 2014, when the stadium underwent a major $125 million renovation project.

Preparing for and during construction, Davey pre-emptively pruned trees and tied up limbs to allow the construction of several escalators, deep-fertilized trees using Arbor Green Pro® and conducted other tree health care procedures to ensure their health during heavy construction.

Although it was a difficult challenge, Betz and his crew persevered.

"No trees were lost during construction," Betz said.



Ray Betz, district manager of the Charlotte, North Carolina, R/C office, inspects Bank of America Stadium's many trees.



Davey's Charlotte, North Carolina, R/C office is Bank of America Stadium's preferred tree care provider.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026898

# MY DAVEY

## HURRICANE MATTHEW DRAWS DAVEY CREWS FROM ALL SERVICE LINES TO SOUTHEAST

Before, during and after – that's when clients can rely on Davey for storm support.

And that's precisely what more than 400 Davey employees did when they responded before, during and after Hurricane Matthew, which struck the Atlantic coast in October and topped out as a Category 5 storm.

Employees from Davey's Utility services, Residential/Commercial (R/C), Davey Resource Group (DRG) and Commercial Landscape Services (CLS) all responded in some way to the storm.

### UTILITY CREWS HELP RE-STORE POWER IN FLORIDA

In Florida, the storm started to batter the east coast of the state on Friday, Oct. 7. At its peak, the storm knocked out power to more than 1 million customers statewide. About 170 Davey employees helped more than a dozen Florida utilities restore power in the wake of the hurricane as it traveled up the coast towards Georgia and the Carolinas.

Marvin Hassell, regional vice president, Utility services, said crews worked 14 to 16 hours a day in a mix of urban and rural rights-of-way settings. Crews came from Oklahoma, Alabama, Pennsylvania, Rhode Island, New York, New Jersey, Tennessee, Ohio and Indiana.

"I'd like to thank all of them for coming and helping," Hassell said. "Everybody was professional and did a great job."

Many of the Florida crews, once finished, followed in the storm's wake up the East Coast.

### FIGHTING FLOODING IN THE CAROLINAS

Some parts of North Carolina received as much as 14 inches of rain in a 24-hour period during the storm. That led to washed-out roadways, submerged bridges and blocked streets – all of which hindered the progress of Davey crews working to restore power.

A similar scene met crews in South Carolina.

"Flooding really hindered restoration efforts," said Doug Bour, operations manager, Mid-Atlantic Utility region. "It was just difficult to get to the work to be able to string the lines back up or to get the trees off the lines. We were mainly making sure that the power lines were free of debris, so that we could get the power back on. And that was on both the transmission and distribution lines."

Bour said Davey helped a mix of current clients and utilities whose line


Some residents cooked meals for Davey crews as a gesture of appreciation for all their hard work. Here, crews enjoy a meal prepared by a family at Naval Station Mayport in Florida. Photo courtesy Sarah Dickey.


Utility crews working to help restore power often encountered flooded roads left in the hurricane's wake.


The unique flora found in the South proved challenging at times during the storm cleanup.

clearance contractor couldn't supply storm crews.

"The common thread that came out of the field was that every utility we responded to marveled at how well Davey crews performed," he said. "Not only from the standpoint of getting the work done but also their professionalism as they did the work."

### DRG GUIDES CLEANUP FOR UTILITY CLIENTS

Without DRG, crews from Davey and other tree care firms would have had a harder time helping utilities turn the lights back on.

"We have several different functions we perform," said Scott Anderson, project developer/market manager, DRG.

Located in Jacksonville, Florida, Anderson served as storm central for DRG. He worked with other DRG managers to dispatch utility foresters, who helped by checking in tree crews and running staging sites as crews responded to assist with clean-up efforts.

"Our other foresters were primarily teamed up with tree crews, and they ran tickets," Anderson said. "They would get a call and then coordinate getting a crew from one location to another. They were basically escorting

groups of tree crews to different locations for responses."

DRG also assessed storm damage immediately after the hurricane passed and provided data to the utility client, who used it to dispatch both tree crews and utility line crews. Both DRG's asset management and vegetation management teams provided assistance.

### R/C HELPS HILTON HEAD RECOVER FROM STORM

The biggest response for Residential/Commercial crews came at Hilton Head Island off the South Carolina coast.

There, about 56 employees from more than 10 different R/C offices responded to the hardest-hit area of the island: The Sea Pines Resort. The 5,200-acre private residential neighborhood is home to three golf courses and hundreds of residences.

Keith Francies, southeast operations manager, R/C, said the employees working on Hilton Head Island performed every aspect of tree cleanup following the storm on the three golf courses, including the famous Harbor Town course, clubhouses, common areas and residential properties

Continued on page 16


This mountain of wood chips is almost all that remains of the storm damage R/C crews cleaned up on Hilton Head Island after Hurricane Matthew.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026899



Hurricane Matthew toppled mature trees like dominoes across parts of the East Coast.



Davey crews found this type of damage – a tree's top snapped off by high winds – common in the aftermath of Hurricane Matthew.

outside of Sea Pines.

"They handled storm damage removals, storm damage pruning, fallen trees, broken and hanging limbs, partially uprooted trees, trees in water ways," Francies said. "You name it."

Chris Heim, district manager of the Atlanta R/C office, led the project with assistance from Jeff Crites, Midwest operations manager. Their collaborative response made this project not only safe and successful, but also created a lasting impression on Sea Pines and the entire community that will echo far into the future.

R/C employees working at Sea Pines also endured the longest tour of duty. Some spent nearly an entire month there living in residential villas, which the resort hosted them in to save hotel costs, working long after the storm had passed.

"We had trees on docks and in the water," Francies said. "We had trees in ponds. And we saw alligators every day." Crews responding to Hilton Head came from the Chicago Davey and The Care of Trees offices, the Milwaukee, Akron, Canton, Cleveland, Baltimore, Charlotte, Raleigh, Greensboro, Nashville, Washington, D.C., Chesapeake and Atlanta offices.

"I was amazed at the comradery and professionalism of every single crew that responded," Francies said. "It was great to see all these different crews come together, work together as a team and have a central focus of getting the job done, getting it done safely and helping these people get their lives back to normal.

"One example of that team effort came on the last day," Francies said. "At 4 p.m. the day before, we called for seven volunteers to work one more day after the project was scheduled to be completed – a day the crews were told they could have off to rest and prepare to travel home after more than three weeks away. Word got around that evening, and at the 6:45 a.m. dispatch the next day nearly all of the remaining 32 employees showed up to help the original seven volunteers. They worked together and finished the project safely and efficiently by noon."

Davey's Orlando R/C office coordinated clean-up efforts along the Florida coastal areas from Jacksonville to Melbourne Beach with assistance from crews from the Bethel, Akron and West Cleveland offices. They also provided services for two large cemeteries in addition to the many residential customers they served over

a three-week period.

"They didn't receive the same kind of local publicity the crews working at Sea Pines and Hilton Head Island did, but the Orlando office and the 14 visiting crew members performed safe and efficient work that will contribute greatly to the successful deployment of R/C crews to Hurricane Matthew," Francies said. "Our thanks go out to each of them equally."

In addition, R/C crews handled countless residential cleanup tasks across the East Coast working for various insurance companies as part of the storm response.

Richard Foote, vice president of business development and client services, said crews also worked at several different golf courses in the Southeast damaged by the storm.

"At some courses, as the storm surge came in, it flooded sand traps and washed them out," he said. "And the salt water severely damaged the turf."

## CLS AIDS FAMILIES ON MILITARY BASE

CLS crews started working days in advance of the hurricane at Joint Base Charleston in North Charleston, South Carolina, where Davey is contracted to manage the residential landscapes. Davey employees helped the client, Hunt, which manages the residential



Bucket trucks proved advantageous – where applicable.

units at the base, board up windows and add storm protection before Matthew struck.

Dan Morgan, regional manager, CLS, said their prep included stocking up on fuel and getting a chipper and dump truck ready to roll. So when the military gave Davey access to the base on Sunday, immediately after the storm passed, Davey crews were ready to start the cleanup.

The CLS crew at the base worked 12-hour days for five days to clear 14 large, downed trees and all the other broken limbs and storm debris littered about the base's residential neighborhoods.

Morgan recalled clearing one large oak tree that had split down the center near a house.

"Not only was it a challenge to clean it up and get it out of there, but it was a gorgeous tree," he said. "And its absence takes away from the character of the neighborhood with large, established trees like that oak now missing."

## A TEAM EFFORT

When asked, Davey managers repeatedly pointed to the speed at which crews organized and the collaborative spirit different offices and accounts embodied as a point of pride

Continued on page 18



Davey crews stand in front of the typical storm damage they helped clean up while in Daytona Beach, Florida. Pictured from left are: James Fathauer, Michael Henmbique, Johnny Ash, Jerry Matuenik, Mark Spence, Mike Stæber and Phil Vance. Photo courtesy Adam Jackson, sales arborist, Orlando R/C office.

More than 50 Davey employees responded to Hilton Head Island to clean up after the storm.

Continued from page 16





# MY DAVEY



Davey Resource Group created an instant forest for a client in Gates Mills, Ohio.

## A NATIVE OHIO WOODLAND

A variety of native Ohio plantings provide food and habitat for birds and other pollinators. Just some of the plantings included:

**Trees**
Pin oak (Quercus palustris)
Swamp white oak (Quercus bicolor)
Red maple (Acer rubrum)
Yellow buckeye (Aesculus flava)
Allegheny serviceberry (Amelanchier laevis)
Common winterhazel (Hamamelis virginiana)
Black cherry (Prunus serotina)
Flowering dogwood (Cornus florida)

**Shrubs**
Spicebush (Lindera benzoin)
Blackhaw viburnum (Viburnum prunifolium)
Redosier dogwood (Cornus Sericea)
Highbush blueberry (Vaccinium corymbosum)

**Herbaceous plants**
Beebalm (Monarda fistulosa)
Wild blue phlox (Phlox divaricata)
Michigan lilium (Lilium michiganense)
Cardinal flower (Lobelia cardinalis)
Royal catchfly (Silene regia)



The Davey Nursery provided the largecaliper trees that were included in the planting.



Pictured from left, Davey's **Dave Goerig, Jim Houston, Karen Wise** and **Ana Burns** review the landscape plan for the client during a final walk through.

The project included a 10-foot-tall deer fence to keep the dense, local deer population from eating the client's investment.

## DAVEY DELIVERS INSTANT FOREST FOR RESIDENTIAL CLIENT IN OHIO

Davey Resource Group and the Davey Nursery partnered to create an instant forest in the front yard of a residential client in Northeast Ohio.

Davey turned what had been a 1-acre plot of manicured grass into an early successional forest by planting more than 300 native trees, woody shrubs and wildflowers of all sizes in a span of a few months.

Dave Goerig, senior project manager for Davey Resource Group, said the project became more than just a typical tree planting.

"We created an instant natural environment for the client," Goerig said.

The Davey Nursery in Wooster, Ohio, provided a variety of 100 2-inch caliper trees and six 6-inch caliper trees. Davey planted an additional 100 seedling trees and close to 80 more shrubs.

"We tried to get all sizes of trees within that 1 acre," Goerig said. "To top it off, we blanketed the whole area with herbaceous woodland flowering plants. Then we seeded it with native pollinator plants."

In addition, Davey installed a deer fence 10 feet tall to protect the client's investment from the dense and hungry local deer population that roams Gates Mills, Ohio. Goerig even represented the client at a local government meeting to help obtain a variance to install the fence, which Davey will remove in 2017 once the plantings are firmly established.

The work includes a maintenance contract, so Davey will prune the trees as they grow and keep the 1-acre wood free of invasive plants.

The project involved a great deal of education for the client, a birder who simply requested lots of trees to provide forage and habitat, Goerig said.

"We took the time to educate her on our process, the types of plants we chose and why we chose them," he said. "The client education aspect was very important."

---

*Continued from page 1/*

in the hurricane response.

"I'm just really proud of them," Bour said. "We worked incident-free with nothing but positive comments from the field and thank some of the crews."

"It's been fantastic," Frances said of the R/C response. "We had the most amazing crews from everywhere. All of them put in very long, very hard, very safe days."

Foote said the entire Hurricane Matthew response was one big team effort that involved all the offices that sent crews, their office personnel who helped coordinate paper work behind the scenes, corporate staff who helped orchestrate the responses and, of course, the crews on the front line.

"These crews that do this are very special because they're away from their families and the comforts of home, and that's a lot to ask for that length of time," Foote said. "We have a lot to be thankful for the crews that volunteer to do this."

Limited access in some areas meant Davey crews had to climb trees, shown at left, to repair damage from Hurricane Matthew.

## HERMINE STRIKES AHEAD OF MATTHEW

Hurricane Hermine struck the Gulf Coast of Florida in the middle of the night on the Friday of Labor Day weekend, and crews from Wolf Tree, Inc., a Davey company, were ready for her.

The Category 1 storm's 80 mph winds tossed limbs – and in some cases whole trees – into power lines fed by SECO Energy, one of Florida's largest electric utilities. Some reports indicated as many as 250,000 utility customers lost power.

Andrew Steel, area manager, said Wolf Tree sent 10 crews (20 employees), two general foremen and 10 aerial lift trucks.

"When the crews were ready to leave their first site, the utility manager met with our two general foremen and the crews to tell them they did an outstanding job," Steel said.

The Wolf Tree crews worked more than 80 hours responding to the storm in a mix of rural ROWs and urban settings. They started in Ocala, Florida, and followed the path of the storm's damage to Tallahassee, Florida, on the panhandle. The crews worked efficiently yet safely and returned home just a few days after Labor Day.

John J. LaSelva, vice president of operations for SECO Energy, thanked the crews.

"Wolf Tree's performance was outstanding," LaSelva wrote. "Your crews demonstrated professionalism and kindness to our members and team."



Far right: This satellite image from the NASA Goddard MODIS Rapid Response Team shows Hurricane Hermine as it prepares to strike the Florida coast in September 2016.

Right: Wolf Tree, Inc., a Davey company, employees **Danny Nelson** and **Tony Charles** worked with JEA to help restore power after Hurricane Hermine. Photo courtesy Melissa Ham, JEA.




CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    DTWT00026901



# MY DAVEY

Many Davey employees represented the company at the 2016 North American Tree Climbing Competition, including (back row, left to right) **Jeff McKnight, Adam Tauchet, Matt Kidney, Kyle Patan, Tyler Hall, Tim Walsh, Marcus Michaud, Zach Gilligan, Jordan Kripp, Mike Lonardo,** and **Carlos Morales** and (front row, left to right) **Sandra Reid, Abby Bradford, Helen Thompson, Angela Dares, Elizabeth Potts, Carolyn Dares, Heather Daves,** and **Mike Pant.**

## NORTH AMERICAN CLIMBING CHAMPIONSHIP HEADS TO CANADA

The Davey Tree Expert Co. of Canada, Limited, welcomed 50 talented tree climbers who competed for gold at the 2016 North American Tree Climbing Championship (NATCC).

Mike Hern, operations manager, Canada, was happy to have this industry-leading competition right in his own back yard.

"This event celebrates the skills of our trade, the building blocks of arboriculture," Pern said. "It's a great way to network with others in our industry in an informal setting."

Davey had no qualifying competitors at the 2016 NATCC, but the company was well-represented with 20

Davey volunteers from Canadian and U.S. operations.

Nearly 1,000 spectators attended this competition in early October at Niagara Parks' School of Horticulture and Botanical Gardens. The International Society of Arboriculture (ISA) Ontario chapter and Niagara Parks hosted the event.

On the first day of competition, the 50 female and male competitors competed in five events. Only the top four males and top three females qualified to compete in the following day's master's challenge.

The master's challenge, sponsored by Davey, encompassed all aspects of

the tree care industry. In 20 minutes, competitors must set up a successful rope system, safely climb to five marked points in the tree and repel to the ground with all their equipment.

"Sponsoring this competition keeps our name at the forefront of the industry and establishes us as leaders," Pern said. "We're the ones that make it all possible."

To conclude the competition, Sandra Reid, vice president, Davey corporate communications and strategic planning administration, had the honor of handing out awards to the two champions from the Quebec ISA Chapter: Marilou Dussault and Leilak Anderson.



The final seven competitors tested their skills climbing in a giant white oak tree for the master's challenge.



Two NATCC champions representing Quebec ISA Chapter: Marilou Dussault and Leilak Anderson.



Davey's Jeff McKnight, foreman, Utility west, helped set up the master's challenge using a Davey bucket truck.

---

ABOVE THE **CANOPY** ................................

### DAVEY TRAINING AT YOUR FINGERTIPS

A virtual library packed with multimedia tools designed to increase your arboriculture knowledge is available right at your fingertips.

Davey's Learning Management System (LMS) is an online repository of videos, documents, links and more that can be accessed using a smartphone, tablet, laptop or desktop computer.

The LMS is available to all Davey employees. Hundreds of training modules in the LMS address an incredible variety of topics ranging from tree identification to defensive driving, chainsaw maintenance, electrical safety, pesticide use and more. Some LMS lessons are offered in both English and Spanish.

"It's essentially an electronic library that fits in your hand that gives you access to a world of information, relative to what we do, quickly and easily," said RJ Laverne, manager of education and training. "On the one hand, the LMS functions as a library that you can go to quickly, find what you need easily and be on your way. Or it can be used in the same way that most colleges and universities now use learning management systems, and that is to track the progress of students, or in this case employees, as they complete education and training online. In fact, Davey's own environment management degree in association with Kent State University provides courses through the Davey LMS."

Employees can use the LMS two ways. Users can pick and choose what courses they'd like to complete at their leisure, searching by keywords, or supervisors can set up assignments. Assignments can include a series of tasks, such as watching a video and answering questions in a document, followed by a quiz.

"Supervisors can control all of that," Laverne said. "They can control what content is presented, in what order and if they want to have exams associated with the content. The LMS can be as flexible as walking into a library and getting what you need and being on your way, or it can be as structured as a college course."

For more information, contact Laverne via email at rj.laverne@davey.com or Shawn Skilton at shawn.skilton@davey.com.



**STEP 1** Log in to your Davey Learning Management System (LMS) account at https://davey.thelearning.com. Your employee number is your default username and password.



**STEP 2** Browse the available LMS training modules for videos, Word documents, PDFs and other educational materials.



**STEP 3** Improve your professional knowledge. The LMS also features some learning objects that have been approved for continuing education credits for International Society of Arboriculture Certified Arborists®.



Davey employees can access the learning management system online from anywhere.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026902

ABOVE THE **CANOPY**

## DAVEY CODE OF ETHICS

The Davey Companies and their directors, officers and other personnel, will conduct the Company's business affairs according to corporate ethics. As representatives of the Company, we will comply with applicable federal, state and local laws, our Corporate Governance Guidelines, and internal policies and procedures. Our trademark will be corporate integrity, and we strive to be forthright in our relationships with each other, with customers, suppliers, competitors, governmental agencies, and all other business associates.

Every director, officer and employee of the Company has a specific responsibility to act in accordance with our Code of Ethics and our Company policies, and to communicate these standards to all peers and employees through action, as well as word. The Company's standards of ethical conduct are:

- The directors, officers and employees of the Company will comply with the laws, regulations and internal practices that govern our business and our actions. Such standards address proper expense reporting, governance guidelines for directors, unauthorized use of Company assets and information, the accurate reporting of time and services performed, and other applicable policies and procedures.

- The Company intends to conduct itself as a responsible institution and a constructive member of each of the communities in which it operates. This sense of public responsibility and accountability is shared with all personnel and, accordingly, employees will conduct themselves in a manner that will preserve the Company's standards.

- The Company considers itself to be a steward of the environment and intends to conduct its operations in a manner that responsibly identifies and addresses environmental issues as they relate to our business. Employees are charged with acting in a manner which will respect our environment. Work practice and materials used are intended to conform to acceptable industry and/or Company standards, and will comply with applicable federal, state and local laws.

- Many of the Company's services involve safety sensitive activities. Individuals are instructed to perform their work responsibilities in a manner to provide the proper degree of safety for themselves, their fellow workers, our customers, and the general public.

- All matters related to recruiting, hiring, training, compensation, benefits, promotions, discipline, transfers, layoffs, terminations, and all treatment on the job will be free of unlawful discriminatory practices.

- We will solicit business from our customers and potential customers in a professional and ethical manner. The Company's advertising will accurately represent our services and products. We will respond to the complaints of our customers or business associates in a professional manner. Customers are to be treated respectfully in situations where disagreements arise, and we will seek fair and equitable resolutions.

- Lawful conduct will be observed in relationships concerning our competitors. We will not participate in untruthful actions intended to damage our competitors. Employees will refrain from dealings with competitors for the purpose of unlawfully restricting competition or conducting any other activities prohibited by law.

- Company stockholders rely on employees to responsibly manage their ownership interests. Information concerning our business affairs will be distributed to stockholders in accordance with the Securities and Exchange Commission (SEC) guidelines for financial reporting.

- All business transactions are to be accurately recorded and reported; there will be no compromise of the integrity of our financial records or financial statements.

- Directors, officers and employees of the Company will avoid a personal interest or association which is not consistent with, or appears to be inconsistent with, the best interests of the Company. Directors, officers, employees and members of their families will not engage in outside business interests or business associations which could be deemed a conflict of interest. The following are some of the activities which may be considered to be in this category:

A. Having a financial ownership interest or other personal or professional affiliation in a supplier, competitor or customer that could influence, either positively or negatively, the Company's ability to conduct its business.

B. Having any financial interest in any transaction between the Company and any third party.

C. Receiving from, or giving to, any supplier, competitor or customer any gift or entertainment designed to create a conflict of interest.

- The confidentiality of business information will be required at all times. Directors, officers and employees of the Company are specifically prohibited from using or communicating any non-public, confidential information involving the Company, clients, competitors or others, which they may receive in the course of their involvement with Company matters.

- Company personnel are the custodians of our business information assets. All Company-owned information assets will only be used for legitimate business purposes regardless of the method or device accessing the information.

- Directors, officers and employees of the Company will not compete with the Company or profit personally at the Company's expense.

- Direct political campaign contributions to candidates with Company assets in connection with the election of an individual to political office is not permitted, even where such use is permitted by federal, state or local law.

*Karl J. Warnke*
*Chairman & CEO*

## EQUAL EMPLOYMENT OPPORTUNITY

As a service provider, our success depends upon our ability to attract and retain qualified personnel, regardless of their age, race, color, religion, gender, national origin, disability, military status, or other protected characteristics as established by federal, state or local law. Apart from the ethical and legal considerations of equal employment opportunity, it can enhance the depth and quality of our business resources.

We will continue to direct our employment and personnel practices towards ensuring equal opportunity for everyone.

It is our mandate that all matters related to the terms and conditions of employment, e.g.: recruiting, hiring, training, education, compensation, benefits, promotions, etc., and all treatment on the job be free of discrimination.

In addition to our Equal Employment Opportunity policy, we maintain an Affirmative Action Program in accordance with applicable laws and regulations.

Our policies detail our commitment to equal employment opportunities. Our Equal Employment Opportunity Policy can be found in the Employee Handbook available on the Davey portal at http://daveyportal, or by contacting the Human Resources Department in Kent, Ohio at 330.673.9511. Your immediate supervisor or, if necessary, Rick Edson, Surgery Company operations, Livermore, California; Paul Holland, Canadian operations, Ancaster, Ontario; Anna Davis, manager of Human Resources; and Marjorie Conner, Assistant Secretary and Counsel, for the Davey Tree Expert Company and all other subsidiary operations, will be happy to address any questions that you may have. We will continue to closely monitor and revise our established Equal Employment Opportunity related programs as warranted.

*Karl J. Warnke*
*Chairman & CEO*

## DAVEY CORPORATE POLICY ON HARASSMENT

The Davey Tree Expert Company and its subsidiaries are committed to providing a productive and conducive work environment for our employees that is free of harassment.

Since harassment is counter to the values and goals of this organization, harassment related to an employee's race, color, religion, age, gender, national origin, disability, military status or other characteristic protected by federal, state, or local law, cannot be tolerated. Any such harassment by our employees, applicants, customers or other business associates is prohibited by this policy, whether or not it also violates applicable law.

Harassment prohibited by this policy includes, but is not limited to, the following conduct:

Unwelcome verbal conduct such as offensive sexual remarks, innuendoes or comments, sexual or ethnic jokes, racial slurs or epithets, use of offensive stereotypes, and/or other inflammatory verbal conduct pertaining to race, color, sex, religion, age, national origin, disability, or other protected status; sexual advances, propositions or requests for sexual favors; unwelcome and offensive physical conduct, including touching, leering, blocking an employee's movement, or sexual gestures; unwelcome and offensive written conduct such as offensive pictures, sexually suggestive posters, drawings, cartoons, photographs or other communications, including e-mail; reprisals or threatening reprisals for an employee's unwillingness to respond to requests for sexual favors; and reprisals or threatening reprisals for complaining about or for reporting a violation of this policy.

In addition to being a violation of Davey's policy, harassment is against the law. The Davey Tree Expert Company cannot tolerate harassment of its employees by managers, supervisors, other employees, or individuals conducting business with Davey. Any employee who violates the harassment policy will be subject to immediate disciplinary action, up to and including discharge.

If, at any time, you feel you have been subjected to harassment or you learn about any other potential harassment, contact your supervisor immediately so that an investigation can be made and appropriate action taken.

If you do not feel comfortable contacting your supervisor about the matter or if you feel that the words or actions of a supervisor constitute harassment, please contact me at 800-447-1667, ext. 8381.

Davey's policy is to investigate thoroughly and to take appropriate action to remedy incidents of harassment. In order to accomplish this, however, harassment must be brought to the attention of management. Accordingly, employees who have complaints of harassment or who are aware of incidents of harassment must bring any such conduct to management's attention. Employees are not required to complain first to the person who is engaging in the harassment.

No employee will be subject to reprisal or retaliation for having made a good faith complaint of harassment or for having participated in an investigation into allegations of harassment.

*Anna Davis*
*Manager, Human Resources*
*Administration*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   DTWT00026903

## ABOVE THE **CANOPY**

### "WHISTLEBLOWER" CONDUCT REPORTING POLICY

**Purpose:** The Company's Code of Ethics requires that Company personnel, including directors, officers and employees, observe business ethics in the conduct of our respective duties and obligations. As representatives of the Company, we must practice integrity in fulfilling our responsibilities, and we must comply with internal policies and applicable laws and regulations. Accordingly, employees of the Company may discuss any good faith concerns they have regarding compliance with laws and regulations, or other violations of Company policy, with members of management, executive management, Corporate Counsel, the Chief Executive Officer, or the Chairman of the Board of Directors, and have no fear of retaliation.

**Policy:** Company employees are required to report, either orally or in writing, to their immediate supervisor, appropriate manager, the Chairman of the Board, or an officer of the Company, all evidence of activity by a Company department, employee, or business associate that may constitute:

- Instances of corporate fraud;
- Unethical business conduct;
- A violation of federal, state, provincial, or local law;
- A violation of safety policies, laws or regulations that creates a potential or actual danger to the employee's or public's health and safety;
- A violation of the Company's Code of Ethics.

Any Company employee who in good faith reports such incidents will be protected from actual or threatened retaliation as a result of the disclosure of such reports. Further, no employee may be adversely affected because the employee refused to carry out a directive that, in good faith, the employee believes constitutes corporate fraud, or is a violation of Company policy, or of federal, state, provincial, or local law.

**Reporting Violations:** The whistleblowing procedure is intended to be used for serious or sensitive issues as concerns the Company Code of Ethics. Anyone filing a complaint must be acting in good faith and have reasonable grounds for believing the information disclosed indicates an actual or intended violation of the Code of Ethics.

Concerns can be reported in any of the following ways, and can be done anonymously:

**Toll Free Telephone:**
800-447-1662, Ext. 8485

**Internet Web:**
www.davey.com/corporate

**Mailing address for written documents:**
Chairman of the Board
The Davey Tree Expert Company
1500 North Mantua Street
Kent, OH 44240

*Karl J. Warnke*
*Chairman & CEO*

### STATEMENT OF SAFETY POLICY

Central to the Vision, Values, and Code of Ethics is our commitment to the safety of our employees, clients, and the public.

In adherence with the strictly enforced Safety Policy of The Davey Tree Expert Company and its wholly-owned subsidiaries, it is required that employees understand, implement, comply with and enforce company safe work practices, safety directives, and statutory safety programs designed in accordance with federal United States OSHA or Canadian OSH standards.

The efforts of our corporate Safety Department and the risk management oversight process will remain constant and unwavering in identifying risk and addressing safe work practices through advanced training, education and company-wide monitoring of compliance with our Safety Policy. Every employee must be part of the safety team; if an employee identifies a safety issue, it is the employee's responsibility to address that issue immediately.

Safety defines the Davey brand, which cannot be compromised. Therefore, employees will be held accountable as part of their condition of employment for their commitment to our safety policy.

*Karl J. Warnke*
*Chairman & CEO*

Employment-related concerns that do not relate to the activities outlined above should continue to be reported through your normal channels, such as your immediate supervisor or the Human Resources Department in Kent.

## SOCIAL HOUR

### CAVS, DAVEY SCORE FOR CLEVELAND'S CANOPY WITH #TREES4THREES

Cleveland is one step closer to rekindling its lost nickname of the Forest City with the help of a winning partnership between Davey, the Cleveland Cavaliers and PwC.

The third annual Trees for Threes program marked a hallmark year for the Cavs. The team secured an NBA National Championship, and Northeast Ohio scored 433 new trees for every three-point shot made by the Cavs during their 2015-16 regular season home games.

Of the 433 total trees, 60 trees were planted in mid-October at the Great Lakes Science Center and the Rock and Roll Hall of Fame and Museum by employees of Davey corporate communications and marketing, Davey Resource Group and local Residential/Commercial operations. Then 273 Norway spruce seedlings were donated to attendees at a special event at the Great Lakes Science Center, and 100 trees were donated to Western Reserve Land Conservancy (WRLC) grant programs.

"It's always good to see trees being planted, especially around here," said Jason Garber, foreman of the Wooster, Ohio, Davey Nursery. Garber delivered all 60 trees to the planting site.

One hundred students from the Cleveland Metropolitan School District MC2 STEM High School, Cavs representatives and volunteers from Davey, PwC, WRLC and the Holden Forests & Gardens planted the first 60 trees. All 433 trees will add a total economic benefit of $1.5 million to the community over the next 40 years.

Tedd Bartlett, district manager of the North East Cleveland R/C office, and his team planted 16 trees.

"It was a very good group with a lot of hard workers," Bartlett said.

See coverage on social media. Search #trees4threes.



Davey's **Sandra Reid**, vice president, Davey corporate communications and strategic planning administration, (pictured second from left, helped plant the inaugural Red Sunset Maple tree with volunteers.

**Bill Brinkman** helped his team of students from the Cleveland Metropolitan School District MC2 STEM High School plant trees at the Great Lakes Science Center

A Cleveland Metropolitan School District MC2 STEM High School student helped plant one of the 60 trees during the Trees for Threes event

Davey donated 433 trees for Trees for Threes program with the Cavaliers and PwC. See coverage on social media. Search #trees4threes.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026904

**45 YEARS**
JANUARY



David Handt
Livermore office

**40 YEARS**
JANUARY



Daniel Rabroski
Orlando office

**35 YEARS**
JANUARY



Steven Marshall
corporate office



Jed Day
R/C Western operations

David Woodworth
Southwest Utility

FEBRUARY



Gordon Matthews
R/C North Central operations



Kenneth Sedgeman
South Detroit office

PHOTO UNAVAILABLE

JANUARY
**Raymond Rath**
PG&E Fast Bay account
**Malolega Segi**
San Diego Utility account
**Bruce Williams**
San Diego Gas & Electric account

FEBRUARY
**Martha Kordinak**
corporate office
**John Simms**
PG&E Diablo account

### DAVEY SERVICE
# AWARDS



**30 YEARS**
FEBRUARY



Angus Hill
Edmonton office



Agnes Leonhardt
Edmonton office

**25 YEARS**
JANUARY



Bobby Blackburn, Jr.
Charlotte Shop



Kevin Crowe
South Central Utility operations



Gerald Dykins
Eastern Utility operations

Gerald Ryan
FirstEnergy account

Jonathon Mark Wright
Strathroy office

FEBRUARY

PHOTO UNAVAILABLE

JANUARY
**James Smith**
Memphis office

FEBRUARY
**David Jimmie**
National Grid account

**20 YEARS**

JANUARY
Jose Almanza, Alexandria/DC territory
Christopher Cowles, WSSI
Jesus Ramirez, Northwest Chicago office

FEBRUARY
Larry Everett, PG&E Southern Coast account
Robert Laverne, Davey Institute
Christopher Moushey, Alexandria/DC territory
Jose Orizaba, Northwest Chicago office
Yudis Ramos, Arlington National Cemetery territory

**15 YEARS**

JANUARY
Agustin Briceno, PG&E North Bay account
Andrew Cook, Green Mountain Power account
Richard Hudson, WSSI
Gerardo Mata, Richmond office
Rafael Perez, Idaho Power Company account

FEBRUARY
Zana Jevremovic, Alexandria office
Jerry Lentz, Chicago Fleet services
Wilkins Medina, Tampa Electric account
Mark Russell, Manitoba Hydro account
Jimmy Williams, Newport Utility Board account

**10 YEARS**

JANUARY
Gary Arcicovich, Detroit Edison account
Bill Ash, Davey Resource Group
Larry Ball, corporate office
Joseph Brown, NIPSCO account
Anthony Camacho, Davey Resource Group
Keith Constance, Newberry Electric account
Carlos Gonzalez, City of Seattle Coast account
Jesus Gonzalez, PG&E Southern Coast account
Milles Hansard, Sevier County Electric account
Herbert Henderson, Danville Power & Light account
Lawrence Lamphere, Detroit Edison account

FEBRUARY
Bill Manning, NIPSCO account
Bryant Merkley, Albany office
Kathrine Nutt, Davey Resource Group
Earl Reed, Danville Power & Light account
Jesus Rodriguez, Los Angeles Dept. of Water & Power account
Russell Sherisk, Detroit Edison account

FEBRUARY
Jason Cross, Burnaby office
Stanley Faasua, Davey Resource Group
David Fulk, Central Utility operations
Jay Guilds, III, Kissimmee Utility account
David Hascher, King of Prussia office
Rick Horn, Davey Resource Group
Jeffrey McKinney, Johnson City Power Board account
Walter Munoz, Tampa Electric account
Jeffery Reynolds, Tampa Electric account
Daniel Rhines, corporate office
Daniel Ricketts, PG&E Southern account
Samuel Silva, Los Angeles Dept. of Water & Power account
Hyan Sizpurko, Other Utility West account

Jesse Tabb, West Denver office
Reno Wagoner, Greensboro office

**5 YEARS**

JANUARY
Michael Bowman, Other Utility West account
Linda Bradley, Johnson City Power Board account
Jason Buce, Portland General Electric account
Calvin Cormier, City of Tallahassee account
Robin Foreman, corporate office
Dean Hartmann, Davey Resource Group
David Inman, Napa office
Seth Kettering, Idaho Power Company account
Gary Kiniry, Stamford office
Davis Kring, Clinton Utility Board account
Jevon Lewis, Toronto West office
Fernando Lopez-Hernandez, Rappahannock Electric Coop account
John Morgan, Newport Utility Board account
Miguel Ramirez, Los Angeles

Dept. of Water & Power account
Dimas Reyes, Stamford office
William Rodefer, Erwin Utilities account
Kevin Roskos, Akron office
Philip Gabo, Wilmington office
Alejandro Sarmiento-Pavon, Rappahannock Electric Coop account
Robert Skeeter, Wolf Tree Shop
Mary Elizabeth Sprenkle, WSSI
Tommy Tsing, Hawaii Electric Trimming account
Nathan Vanasse, National Grid account
Wesley Weiler, FirstEnergy account
Nicholas Wilson, FirstEnergy account
Rick Wright, corporate office

FEBRUARY
Javier Arbolo Lugo, Sacramento office
Gregory Branham, Tampa Electric account
Roger Charette, National Grid account
Jason Collett, Davey Resource Group
Jamison Daane, Northwest Seattle office
Jason Henry, FirstEnergy account
William Henry, FirstEnergy account
Michael Holleran, Brandywine office
Seth Huber, South Minneapolis office

Timothy Kockler, Boulder office
Douglas Lake, Davey Resource Group
Esteban Lopez, PG&E Pole Treating account
David McCann, FirstEnergy account
Dosveli Monterroso, Alexandria office
Calvin Mylott, Clinton Utility Board account
Ali Pidgeon, Illinois Regional office
Elizabeth Putz, Ancaster office
Roland Respondeck, Detroit Edison account
Marty Rhodes, Duke Transmission account
Larry Rogers, Duke Transmission account
Everett Smith, Davey Resource Group Board account
Joseph Smith, Johnson City Power Board account
Susan Smith, Needham office
David Soltys, Southern Interior Utility account
Craig Stone, South Pittsburgh office
Armando Trejo-Hernandez, Georgia Power/Savannah Electric account
Edward Turner, 250 N. Interior Utility account
Michael Watson, Dulles territory

26  The Davey Bulletin | January/February 2017

January/February 2017 | The Davey Bulletin  27

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026905

# DAVEY **PEOPLE**

## TRANSITIONS

**Mike Schneider** has been promoted to sales and service coordinator at the King of Prussia office.

## APPOINTMENTS

**Chris Fields-Johnson** has been appointed technical advisor for the Mid-Atlantic region for the Davey Institute.

**Dylan Glazer** has been appointed the Canadian Davey Resource Group (DRG) Manager at the Ancaster office. Glazer will be responsible for developing strategies and plans to achieve performance targets to optimize sales growth and develop DRG employees. He holds a bachelor's degree in engineering and has a Lean Six Sigma Black Belt certification.

**Brian Rosentreter** has been appointed vice president, business development, vegetation management for the Canadian operations. Rosentreter has more than 30 years of green industry experience. In joining Canadian operations, he will be responsible for growing market presence of the vegetation management services across Canada.


Brian Rosentreter

## RETIREMENTS



Friends and colleagues gathered for **Nicholas Sucic**'s retirement. Pictured from left are **David Adante**, retired chief financial officer, executive vice president and secretary; **Joseph R. Paul**, executive vice president, chief financial officer, Sucic; Judy Sucic; **Patrick M. Covey**, president, chief operating officer; **Thea Sears**, controller.

**Nicholas R. Sucic** retired Dec. 31, 2016, following 15 years of service. He was senior vice president, accounting and finance.

Sucic started at Davey in 2001 as corporate controller. He joined Davey after a professional career that included experience as both a controller and chief financial officer. He had been a partner with the accounting firm of Ernst & Young LLP and also served as a senior vice president and CFO of Vesper

Corporation. Sucic's initial responsibilities included overseeing all accounting functions. In 2007, Sucic was named vice president.

"Nick has served Davey Tree with distinction over the last 16 years and has made valuable contributions to the company, including financial and managerial reporting, designing and implementing internal controls, and acquisition activities," said Davey Chairman and CEO Karl Warnke.

**Joe Eisentraut** retired Sept. 30, 2016, following 42 years of service. He was a mechanic at the Kent Shop. Eisentraut started as a shop crew leader at the Kent Shop in 1974 and spent his entire Davey career in the shop. In 1996 he was promoted to head mechanic.

In 1990 Eisentraut worked on the company's restoration of a 1930 Model A Ford truck, which reflected a typical Davey 1930s spray truck outfit.

During his career, Eisentraut also worked on developing various

custom equipment pieces for Davey field applications.

"Every day and every week are different," Eisentraut told *The Bulletin* in 1988. "It's definitely not a boring job."

### IN MEMORIAM

**C. Robert Klein**, retiree, passed away Oct. 22, 2016. He started his Davey career in 1948 in the billing department. In 1957 he became assistant treasurer and later corporate secretary. He retired in 1986 with over 38 years of service.

# DAVEY **FAMILIES**



**Vienna Amstutz**
Vienna Jade Amstutz was born Sept. 16, 2016, to Brohn and Andrea Amstutz. Brohn is a sales arborist for Davey's Canton, Ohio, office.



**Louis Mittiga**
Louis James Mittiga was born Sept. 28, 2016, to Mike and Julie Mittiga. Mike is vice president of utility operations.



**Dallas Walters**
Dallas Granger Walters was born Sept. 23, 2016, to Justin and Lindsay Walters. Justin is a geospatial technician for Davey Resource Group.

## DID YOU **KNOW?**

### IS YOUR CHILD PLANNING FOR COLLEGE?

Applications for 2017 Davey Company Foundation scholarships and grants will be available in mid-to-late January on the Davey Portal, or you may contact Heather Micozzi, via email at heather.micozzi@davey.com or by phone at 800-447-1667, ext. 8301.

Children and legal wards of an active employee or surviving children or legal ward of an employee who became deceased while an active employee are eligible for the financial assistance offered by the Davey Foundation.

Applicants for the scholarship must be spring 2017 high school graduates who have been accepted into an undergraduate program

by a state-accredited, two-year or four-year institution of higher learning in the U.S. or Canada. Current scholarship levels are $1,000, $1,500 and $2,000 per year.

Students currently attending state-accredited, two-year or four-year institutions of higher learning in the U.S. or Canada, or who have been accepted and will attend such institutions, but who are not graduating high school seniors, are eligible for grants. Currently, grants of $1,000 per year are available.

The deadline for submitting applications will be April 7, 2017. **Applications not received by the deadline are subject to rejection.**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    DTWT00026906



## FROM THE ARCHIVES

John Davey, front row second from left, poses with an early Davey Tree crew.

### THE STORY BEHIND 'DO IT RIGHT OR NOT AT ALL'



Helen Davey is the daughter of Jim Davey and the granddaughter of John Davey.

Most of us have heard the story about how John Davey, who founded Davey Tree in 1880, learned an invaluable lesson from his father Samuel and mother Anne about planting a potato the right way or not at all.

The version most of us are familiar with is the abbreviated, third-person tale from the book *Green Leaves: A History of The Davey Tree Expert Company* published in 1977.

Helen Davey, daughter of Jim Davey and one of John's grandchildren, shared a more detailed version of that iconic story – as told by John Davey himself – in a blog for Huffington Post titled "The Most Famous Man You Never Heard Of." She gave permission to *The Bulletin* to republish it here.

*From our personal family records, in his own words, my grandfather John Davey tells the story of the first important milestone in his life:*

I was nearly four years old. My father was planting potatoes, in front of our neat little cottage, on a fine May evening. I asked him if I could plant some. He opened up a trench at the end nearest the house. Then took a potato and said: "If I let you plant it, will you do it RIGHT?" "I will do what you tell me." Then, looking at me tenderly, he said, with a firm voice: "YOU MUST DO IT RIGHT, or NOT AT ALL." He then went into the house and brought out a big iron spoon, and remarked: "Here is your shovel; keep it clean." He then cut the potato in two and made a mark for each piece, telling me I must put the cut-side down, and went on to his work. I carefully laid the two halves in place, then took my shovel and looked at (what appeared to me) a big ditch that I had to fill!

Well, by sun-down I had this huge hole filled, and father showed me where I could improve on the level, or grade. After saying my little prayers I retired, but father's voice was heard: "Do it right or not at all." In the morning I awoke, and still that voice was ringing, "Do it RIGHT, or not at all."

Then came those long days of waiting. "Will they never come up?" A heavy rain packed the ground. Then I was presented with a new garden implement, a steel table fork; but it must be kept clean. With it I must keep the soil stirred. Finally a gentle rain came, and, next morning, the ground was cracking and mother told me, "Two little baby plants will be born." And the next day; what a miracle! It was not two plants, but two groups of TRIPLETS, six newborn plants! Then came the instructions, "never let the ground pack, keep it loose," and in hot weather, I would hear mother calling: "Johnnie, your plants are thirsty; come and give them a drink." Then she would get me a little pail with water, and a little tin cup, and oh! how my plants would drink! And they grew and went away ahead of any of dad's; and when the crop was dug, he had nothing that could compare with mine! I did it "RIGHT."

And this, according to my grandfather, was exactly the day when a little scientist was born!

Helen Davey writes often about her family's history. You can find her blog post archives on HuffingtonPost.com.

---

### OWNER'S BOX

"Being an employee-owner makes me want to strive for the best. It makes a better workforce. Safety is my number one goal out here. It's important to get safety on the mind of every employee before they even leave our Davey facility for a job site. It starts first thing with stretches and the safety circle. We share near misses and safety messages we want to focus on that day. It's good to get everyone thinking positive."



— Jason Young general foreman Detroit Edison account

---

## RETIREE CORNER

### 30 YEARS OF LESSONS IN 30 SECONDS

Meet Larry Petrasek, who worked at Davey for 31 years as an equipment manager and fleet administration manager. Below, Petrasek shares lessons to enrich and improve your Davey experience.




After a fruitful career at Davey, **Larry Petrasek**, is still committed and works hard! He bikes, golfs and lifts weights multiple times a week during his retirement and still finds time to work on things at home. Petrasek's daughter, **Suzanne Theriot**, works in corporate marketing.

**3 LESSONS LEARNED:**

- **You all rely on each other.**
  "Your team has to work together to thrive and solve problems, so treat people like you want to be treated. As you work with different people, point out their good traits. Let them know they've done a good job. People will work harder, and so will you."

- **Live each day to the fullest. Enjoy your life. Enjoy your job.**
  "Just do the best you can by giving 100 percent every day. Each day at Davey is different and unpredictable. That's what makes it exciting. The challenge is not knowing what problem you're going to solve next."

- **Do something now, even if the action is small.**
  "Invest in yourself. Even if you can't afford much stock, set aside some money for employee-ownership. You won't realize how much it grows and the total benefit until it pays off down the road."

**I BECAME AN EMPLOYEE-OWNER...**

"Shortly after I was hired. I wanted to show I was part of the company and had skin in the game. I couldn't afford much stock at the time, but it turned out to be one of the best things I've ever done. Every time the stock price goes up, you can thank yourself for a nice raise."

**ONE OF MY FONDEST MEMORIES IS...**

"When my daughter, Suzanne Theriot, joined Davey. I had a huge smile on my face when she stopped by my office and told me that she had been hired in marketing."

**TO SUM IT UP...**

"Davey was the best job I could have ever asked for. The people were fantastic. The work was exciting, and the benefits were outstanding. I really enjoyed my time there, and I would do it all over again, in a heartbeat."

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DTWT00026907

**The Davey Tree Expert Company**
P.O. Box 5193
Kent, Ohio 44240-5193

## DAVEY
## AROUND THE
# WORLD



**Blair Veitch** and his *Bulletin* at the Snowcastle.



One of the many sights spotted on their trip north.

## THE *BULLETIN* JOURNEYS NORTH



*The Davey Bulletin* traveled to its highest northern parallel on the globe (unofficially) while accompanying two Davey employees on a job bid.

Blair Veitch, vice president and general manager of Canadian operations, and Mark Turnbull, regional manager, Nanaimo, British Columbia, headed north to meet with potential client North West Territories Power Corporation (NWTPC) to bid on a line clearance contract.

Making the most of their business trip, Turnbull, Veitch and his *Davey Bulletin* made a pit-stop at Great Slave Lake, adjacent to the city of Yellowknife, to visit a frozen wonderland.

"Although it was late in the winter season, we had to stop and check it out," Veitch said. There, an ice village is part of an annual event called the Snowking Winter Festival, featuring one of the North-West Territories' proudest monuments, the Snowcastle.

"When you live that far north, if you don't celebrate the cold, or learn to live with it, you'll never make it," Veitch said.

After a quick and cold photo with *The Davey Bulletin*, Veitch and Turnbull continued their trip into Yellowknife to meet with NWTPC representatives. How did it go?

"We got the job," Veitch said.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER